___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Raj D. Roy, Esq. - S.B.#183726
ROY LEGAL GROUP
8345 Reseda Boulevard Suite 222
Northridge, California
Tel: (818) 993-3300
Fax: (818) 993-4577

Attorney For Appellant,
CUCAMONGA ELECTRIC CORPORATION

**FILED**
APR 16 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY_____ DEPUTY

LODGED 4-12-02
APR 12 PM 2:28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUCAMONGA ELECTRIC CORP.,<br><br>Plaintiff and Respondent,<br><br>vs.<br><br>NATIONAL ARBITRATION FORUM<br><br>Defendant, Appellant. | CASE NO: SACV 02-0254 DOC (MLGx)<br><br>ORDER PERMITTING MOTION FOR EXTENSION OF TIME FOR ATTORNEY TO BECOME FAMILIAR WITH CASE |

The motion of Raj D. Roy, Esq. in the above action, for an order permitting him an extension of time to become familiar with the above action and represent Plaintiff.

On good cause appearing that the motion should be granted in the furtherance of justice;

**IT IS ORDERED** that the motion is granted and that Attorney Raj D. Roy is allowed 30 day extension to familiarize himself with the case and represent Plaintiff.

Plaintiff shall respond to the Court's Order to Show Cause re Subject Matter jurisdiction by May 16, 2002.

DATED: April 16, 2002

_____
Judge of the United States District Court

ENTER ON ICMS
APR 17 2002

ORDER PERMITTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**[PROOF OF SERVICE (Declaration) [C.C.P §§ 1005(b), 1013a(3), 2015.5]**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I, the undersigned declare: I am employed in the County of Los Angeles, State of California and I am over the age of eighteen (18) years and not a party to the within action. My business address is 8345 Reseda Blvd., Suite 222, Northridge, California 91324.

On April 12, 2002, I served the following document described as: **ORDER PERMITTING MOTION FOR EXTENSION OF TIME FOR ATTORNEY TO BECOME FAMILIAR WITH CASE** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in sealed envelopes,___ on attached mailing list addressed as follows: National Arbitration Forum - 500 Rosedale Towers 1700 W. HWY 36, Roseville, MN 55113 Attn: Michelle Schaber

[x] **BY MAIL:** I am "readily familiar" with this firm's practice of collecting and processing of Correspondence for mailing. I know that the correspondence is deposited with the U.S. Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Northridge, California.

[ ] **BY FEDERAL EXPRESS:** I am readily familiar with the business practice at my place of business for collection and processing of documents and correspondence for overnight delivery by Federal Express. Documents and correspondence so collected and processed is deposited, with Federal Express on the same day in the ordinary course of business. On the below date, the said envelope was collected for Federal Express delivery following ordinary business practices and deposited at the Federal Express Drop/Pick-up in Northridge, California by 5:00 p.m.

[ ] **BY TELEFACSIMILE TRANSMISSION:** Pursuant to agreement of the parties and CRC Rule 2008, I served a true and correct copy of the above referenced document to the persons and fax numbers as stated on the service list. I transmitted from FAX No: (818) 993-4577 to_____ whose FAX NO: is ( )_____. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to CRC Rule 2008(e)(4), I caused the machine to print a record of the transmission, a copy of which is attached to the original of this declaration.

[ ] **BY PERSONAL SERVICE:** I delivered said envelope by hand to the offices of the addressee.

[ ] **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 12, 2002 at Northridge, California.

/Rosa A. Neriz/